United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MACHADO BROTHERS INC.,

　　　　　Plaintiff,

　　　v.

YERBA BUENA ENGINEERING &
CONSTRUCTION, INC., et al.,

　　　　　Defendants.

Case No.  14-cv-05296-MEJ

**ORDER VACATING PRETRIAL AND
TRIAL DEADLINES**

On July 8, 2015, the parties filed a stipulated request to extend pretrial and trial deadlines

in this case, which will allow them to focus on settlement negotiations.  Dkt. No. 19.  Good cause

appearing, the Court VACATES all pretrial and trial deadlines.  If a stipulated dismissal has not

already been filed, the parties shall file a joint status report by October 1, 2015.

**IT IS SO ORDERED.**

Dated: July 8, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge