1  MARA E. ROSALES, State Bar No. 104844
   *mara@rosaleslawpartners.com*
2  Kris A. Cox, State Bar No.136504
   *kcoxesq@yahoo.com*
3  ROSALES LAW PARTNERS LLP
   433 California Street, Suite 630
4  San Francisco, CA 94104
   Telephone:    (415) 986-4760
5
   Attorneys for Defendant
6  LIBERTY MUTUAL INSURANCE COMPANY and
   YERBA BUENA ENGINEERING & CONSTRUCTION, INC
7
   WILLIAM W. HATCHER, JR. State Bar No. 154664
8  Hatcher & Rundel
   114 Pierce Street
9  Santa Rosa, CA 95404
   Telephone:  (707) 542-1921
10
   Attorneys for Plaintiff
11 MACHADO BROTHERS, INC.

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 | UNITED STATES OF AMERICA for the use and benefit of MACHADO BROTHERS, INC., | CASE NO. 3:14-CV-05296-MEJ |
16 | | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
   | Plaintiff, | |
17 | vs. | Magistrate Judge Maria-Elena James |
18 | | |
19 | YERBA BUENA ENGINEERING & CONSTRUCTION, INC., a California Corporation, and LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation; and Does 1 through 50, | |
20 | | |
21 | | |
22 | Defendants. | |

23

---

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**           Case No. 3:14-cv-05296-MEJ

STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above-referenced case, including all requests for relief, whether in the Complaint, and Defendant's Counterclaim or elsewhere, should be DISMISSED in its entirety with prejudice and without an award of costs or fees to any party.

Stipulated to and presented to the Court on this 10th day of February 2016.

Dated: February 10, 2016                    ROSALES LAW PARTNERS LLP

By:  /s/  Kris A. Cox
     MARA E. ROSALES
     KRIS A. COX
Attorneys for Defendants
LIBERTY MUTUAL INSURANCE COMPANY
and YERBA BUENA ENGINEERING &
CONSTRUCTION, INC.

Dated:  February 10, 2016                   HATCHER & RUNDEL

By:  /s/  William W. Hatcher, Jr.
     WILLIAM W. HATCHER, JR.
Attorneys for Plaintiff
MACHADO BROTHERS, INC.

ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED in its entirety with prejudice and without an award of costs or fees to any party. The Clerk is directed to send copies of this Order to all counsel of record.

Dated: February 11, 2016

The Honorable Maria-Elena James
United States District Court Magistrate Judge